## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Laurie A. Martin, | Civil No. 09-1998 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has filed timely Objections to the June 7, 2010 Report and

Recommendation of Magistrate Judge Jeanne J. Graham, and the parties have submitted

briefing with respect thereto. The Court has conducted the required de novo review of the

Report and Recommendation and the Objections thereto.

Based upon that review, and upon all the files, records and proceedings herein, **IT

IS ORDERED**:

1. The Objections (Doc. No. 24) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 22) is **ADOPTED**;

3. Plaintiff's Motion for Summary Judgment (Doc. No. 16) is **DENIED**; and

4. Defendant's Motion for Summary Judgment (Doc. No. 19) is **GRANTED**.

Dated: July 14, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
