**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Laurie A. Martin, | Civil No. 09-1998 (RHK/JJG) |
| Plaintiff, | **AMENDED ORDER** |
| v. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has filed timely Objections to the June 7, 2010 Report and Recommendation of Magistrate Judge Jeanne J. Graham, and the parties have submitted briefing with respect thereto. The Court has conducted the required de novo review of the Report and Recommendation and the Objections thereto.

Based upon that review, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 24) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 22) is **ADOPTED**;

3. Plaintiff's Motion for Summary Judgment (Doc. No. 16) is **DENIED**; and

4. Defendant's Motion for Summary Judgment (Doc. No. 19) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 14, 2010

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge